# Court of Appeals
# of the State of Georgia

ATLANTA,  June 04, 2013

*The Court of Appeals hereby passes the following order:*

**A13A1295. PINNOCK v. SELENE FINANCE, et al.**

The appeal in this case was docketed on March 1, 2013, making appellant's brief and enumeration of errors due on March 21, 2013. See Court of Appeals Rules 22; 23 (a). Appellant was given notice of these facts. See Court of Appeals Rule 13. As of this date, appellant has not filed either his enumerations of error or his brief. Accordingly, the instant appeal is hereby DISMISSED. Court of Appeals Rules 13 and 23 (a). The appellees' motion to dismiss the appeal on other grounds is dismissed as moot.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  06/04/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*